IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ABRAHAM TIRADO-CONTRERAS,<br><br>    *Plaintiff,*<br><br>  v.<br><br>TRANS-CARRIERS, INC. AND CHRISTOPHER TROTTER,<br><br>    *Defendants.* | Case No. 1:17-cv-07612 |

## NOTICE OF REMOVAL

Defendants, TRANS-CARRIERS, INC. AND CHRISTOPHER TROTTER ("Defendants"), through their attorneys, WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP, remove this action from the Circuit Court of Cook County, Illinois, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. As grounds, Defendants state:

## PROCEDURAL HISTORY

1. This is a personal injury action involving a June 10, 2015, collision between vehicles operated by Plaintiff Abraham Tirado-Contreras and Defendant Christopher Trotter, resulting in alleged injury to Plaintiff.

2. On June 7, 2017, Plaintiff filed a two-count complaint in the Circuit Court of Cook County, Illinois, Municipal Department, Sixth District, Case No. 2017 L 005781. (Exhibit A, Complaint at Law).

3. Summons was issued for Defendant Trans-Carrier, Inc. on August 24, 2017, and service was effected on September 20, 2017. (Exhibit B).

4. Defendant Trans-Carrier, Inc. filed an Answer to Plaintiff's Complaint on October 2, 2017.

5. Summons has not yet been issued on Defendant Christopher Trotter.

## GROUNDS FOR REMOVAL

6. A defendant may remove any civil action brought in a State court for which the district courts of the United States have original jurisdiction to the federal district court encompassing the place in which the action is pending. 28 U.S.C.§ 1441(a).

7. This Court has original jurisdiction over this action by reason of complete diversity of citizenship and an amount in controversy which exceeds the sum or value of $75,000, exclusive of interests and costs. 28 U.S.C. § 1332(a).

## THE PARTIES ARE OF DIVERSE CITIZENSHIP

8. Upon information and belief, Plaintiff Abraham Tirado-Contreras is a citizen of the State of Indiana and was a citizen of the State of Indiana at the time of the accident.

9. Defendant Christopher Trotter is a citizen of the State of Louisiana.

10. At the time this action was commenced and since that time, Defendant Trans-Carriers, Inc. is incorporated in the state of Arkansas with its principal place of business in Memphis, Tennessee. (Exhibit C, Trans-Carriers, Inc. Affidavit of Citizenship).

11. As such, complete diversity of citizenship exists pursuant to 28 U.S.C. § 1332. *See Wis. Dept or Correction v. Schacht*, 524 U.S. 381, 388, 118 S. Ct. 2047, 2052 (1998); *Caterpillar Inc. v. Lewis*, 519 U.S. 61, 65, 117 S. Ct. 467, 471 (1996).

## AMOUNT IN CONTROVERSY IS SATISFIED

12. Plaintiff has submitted multiple medical bills to date to Defendant's insured. Though it is unknown whether these bills represent the entire amount in controversy in this litigation, they exceed $75,000.00.

13. Upon inquiry via telephone on October 18, 2017, as to why Plaintiff filed his suit in Municipal Court when it was suspected that the amount in controversy exceeded even the

2

2402690v.1

$50,000 threshold for Law Division, Plaintiff's counsel on the telephone represented that his medical expenses to date exceed $100,000.

14. Therefore, the jurisdictional minimum of $75,000.00 is clearly met given Plaintiffs' denial of their damages not exceeding $75.000.00 pursuant to 28 U.S.C. § 1332.

**THE STATUTORY REQUIREMENTS OF 28 U.S.C. § 1446 ARE SATISFIED**

15. Defendants filed this Notice of Removal within thirty (30) days of receipt through service of Plaintiff's initial pleading setting forth a claim; therefore, this Notice of Removal is timely. 28 U.S.C. § 1446(b)(1).

16. This Court has diversity jurisdiction over this mater pursuant to 28 U.S.C. § 1332 (a)(1).

17. The State Court Action is properly subject to removal pursuant to 28 U.S.C. § 1332 (a)(1).

18. Defendants are filing, within this pleading, a copy of the Complaint and Summonses served upon them in the state court action. 28 U.S.C. § 1446(a).

19. Promptly after filing this Notice of Removal, Defendants will provide written notice to all adverse parties of the filing, and a true and correct copy of this Notice of Removal will be filed with the Clerk of the Circuit Court of Cook County, Illinois, as required by 28 U.S.C. § 1446(d).

20. Defendants Trans-Carriers, Inc. and Christopher Trotter all consent to the removal of this case to the Northern District of Illinois, which is evidenced by this jointly-filed removal. 28 U.S.C. § 1446(b)(2)(A).

21. By filing this Notice of Removal, Defendants Trans-Carriers, Inc. and Christopher Trotter do not waive any available defenses, including all jurisdictional and affirmative defenses.

3

22. The undersigned counsel for the Defendants has read the foregoing and signed this Notice of Removal pursuant to Rule 11 of the Federal Rules of Civil Procedure, as required by 28 U.S.C. § 1446(a).

WHEREFORE, Defendants Trans-Carriers, Inc. and Christopher Trotter Wharton hereby remove the instant action from the Circuit Court of Cook County, Illinois, to the United States District Court for the Northern District of Illinois, Eastern Division, and respectfully request that this Court exercise jurisdiction over this action.

        Respectfully Submitted,

        WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

        By: */s/ Kathleen McDonough*
            Kathleen McDonough (ARDC # 6229813)
            kathleen.mcdonough@wilsonelser.com
            Lamis G. Eli (ARDC # 6308955)
            lamis.eli@wilsonelser.com
            WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
            55 W. Monroe Street, Suite 3800
            Chicago, IL 60603
            Telephone: 312.704.0550
            Fax: 312.704.1522

            Attorneys for Trans-Carriers, Inc. and Christopher Trotter

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to Plaintiff's counsel via Certified mail on this 20th day of October, 2017.

Jacquelyn A. Fernandez
The Vrdolyak Law Group, LLC
9618 S. Commercial Avenue
Chicago, IL  60617


*/s/ Kathleen McDonough*
Kathleen McDonough

2402690v.1