# EXHIBIT A

2015001ao
AL117756

31098:JAF

ELECTRONICALLY FILED
6/7/2017 4:42 PM
2017-L-005781
CALENDAR: Z
PAGE 1 of 6
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
MUNICIPAL DEPARTMENT, SIXTH DISTRICT

| | |
|---|---|
| ABRAHAM TIRADO-CONTRERAS, | ) |
| Plaintiff, | ) No. |
| vs. | ) Amount: In Excess of THIRTY THOUSAND DOLLARS ($30,000.00) plus costs |
| CHRISTOPHER TROTTER and TRANS CARRIERS INC., an Illinois corporation, | ) |
| Defendants. | ) Return Date: |

## COMPLAINT

NOW COMES the Plaintiff, ABRAHAM TIRADO-CONTRERAS, by and through his attorneys, THE VRDOLYAK LAW GROUP, LLC, and complaining of the Defendants, CHRISTOPHER TROTTER and TRANS CARRIERS INC., an Illinois corporation, states as follows:

### COUNT I - ABRAHAM TIRADO-CONTRERAS v. TRANS CARRIERS INC.

1. That on or about June 10, 2015, and at all relevant times herein, CHRISTOPHER TROTTER, an employee and/or authorized and/or ostensible agent of the Defendant, TRANS CARRIERS INC., an Illinois corporation, operated, controlled, and drove a motor vehicle in a generally southbound direction on Dorchester Avenue, at or near the intersection of S. 95th Street, Chicago, Illinois.

2. That at the aforesaid time and place, and at all relevant times herein, the Defendant, TRANS CARRIERS INC., owned and maintained said motor vehicle then and there operated, controlled and driven by said employee and/or authorized and/or ostensible agent of

1

the Defendant, CHRISTOPHER TROTTER.

3. That at the aforesaid time and place, and at all relevant times herein, said employee and/or ostensible agent of the Defendant, operated, controlled and drove said motor vehicle with the knowledge, consent and express and/or implied permission of the Defendant, TRANS CARRIERS INC.

4. That at the aforesaid time and place, and all relevant times herein, said employee and/or authorized and/or ostensible agent of the Defendant operated, controlled and drove said motor vehicle within the permission of the Defendant, TRANS CARRIERS INC.

5. That at the aforesaid time and place, and at all relevant times herein, the Defendant, TRANS CARRIERS INC., had a right of control over said employee and/or authorized and/or ostensible agent, CHRISTOPHER TROTTER, in the operation of the aforesaid motor vehicle.

6. That at the aforesaid time and place, and at all relevant times herein, said employee and/or authorized agent of the Defendant was conducting himself in such a manner as to cause members of the general public, including the Plaintiff, ABRAHAM TIRADO-CONTRERAS, to believe that he was an employee and/or authorized agent of the Defendant, TRANS CARRIERS INC.

7. That at the aforesaid time and place, the Plaintiff, ABRAHAM TIRADO-CONTRERAS, owned, operated, controlled and drove a motor vehicle, stopped in a generally northbound direction on Dorchester Avenue, at or near the intersection of S. 95th Street, Chicago, Illinois.

8. That at the aforesaid time and place, the Defendant, TRANS CARRIERS INC., as owner and principal through its agent, said employee and/or ostensible agent, CHRISTOPHER

ELECTRONICALLY FILED
6/7/2017 4:42 PM
2017-L-005781
PAGE 2 of 6

TROTTER, did then and there reverse said motor vehicle into a violent collision with the motor vehicle then and there driven by the Plaintiff, ABRAHAM TIRADO-CONTRERAS.

9. That at all relevant times herein, the Plaintiff was in the exercise of all due care and caution for his own safety and the safety of others; that care being commensurate with his age, intellect and mental capacity and with the physical circumstances existent at such time and place.

10. That the aforesaid time and place, the Defendant, TRANS CARRIERS INC., as owner and principal through his agent, said employee and/or authorized and/or ostensible agent, CHRISTOPHER TROTTER, owed a duty to the Plaintiff, ABRAHAM TIRADO-CONTRERAS, and to the public generally to exercise due and proper care and caution in the operation of said motor vehicle.

11. That at the aforesaid time and place, the Defendant, TRANS CARRIERS INC., as owner and principal through his agent, said employee and/or authorized and/or ostensible agent, CHRISTOPHER TROTTER, breached the aforesaid duty to the Plaintiff, ABRAHAM TIRADO-CONTRERAS, through one or more of the following acts and /or omissions:

  (a) operated, controlled and drove said motor vehicle into collision with Plaintiff's vehicle, which was the proximate cause of the injuries to the Plaintiff;

  (b) failed to keep said motor vehicle under proper and sufficient control;

  (c) operated, controlled and drove said motor vehicle so that as a direct and proximate result thereof, Plaintiff was injured;

  (d) operated, controlled and drove said motor vehicle without keeping a proper and sufficient lookout;

  (e) failed to decrease speed so as to avoid colliding with Plaintiff, in violation of 625 ILCS 5/11-601;

  (f) failed to give an audible warning with horn when such warning was reasonably

ELECTRONICALLY FILED
6/7/2017 4:42 PM
2017-L-005781
PAGE 3 of 6

3

necessary to insure safety, in violation of 625 ILCS 5/12-601

(g) failed to yield the right-of-way to Plaintiff's vehicle in violation of 625 ILCS 5/11-904.

12. As a direct and proximate result of one or more of the aforesaid negligent and careless acts and/or omissions of the Defendant, TRANS CARRIERS INC., the Plaintiff, ABRAHAM TIRADO-CONTRERAS, suffered injuries and damages of a personal, pecuniary and permanent nature.

WHEREFORE, the Plaintiff, ABRAHAM TIRADO-CONTRERAS, demands judgment against the Defendant, TRANS CARRIERS INC., for a sum in excess of THIRTY THOUSAND ($30,000.00) DOLLARS, plus costs of this suit.

## COUNT II - ABRAHAM TIRADO-CONTRERAS v. CHRISTOPHER TROTTER

1. That on or about June 10, 2015, CHRISTOPHER TROTTER, operated, controlled, and drove a motor vehicle in a generally southbound direction on Dorchester Avenue, at or near the intersection of S. 95th Street, Chicago, Illinois.

2. That at the aforesaid time and place, the Plaintiff, ABRAHAM TIRADO-CONTRERAS, owned, operated, controlled and drove a motor vehicle, stopped in a generally northbound direction on Dorchester Avenue, at or near the intersection of S. 95th Street, Chicago, Illinois.

3. That at the aforesaid time and place, the Defendant, did then and there reverse said motor vehicle into a violent collision with the aforesaid motor vehicle then and there driven by the Plaintiff, ABRAHAM TIRADO-CONTRERAS.

4. That at the aforesaid time and place, the Defendant, CHRISTOPHER TROTTER, owed a duty to the Plaintiff, ABRAHAM TIRADO-CONTRERAS, and to the public generally

ELECTRONICALLY FILED
6/7/2017 4:42 PM
2017-L-005781
PAGE 4 of 6

to exercise due and proper care and caution in the operation of said motor vehicle.

5. That at all relevant times herein, the Plaintiff was in the exercise of all due care and caution for his own safety and the safety of others; that care being commensurate with his age, intellect and mental capacity and with the physical circumstances existent at such time and place.

6. That at the aforesaid time and place, the Defendant, CHRISTOPHER TROTTER, breached the aforesaid duty to the Plaintiff, ABRAHAM TIRADO-CONTRERAS, through one or more of the following negligent and careless acts and/or omissions:

(a) operated, controlled and drove said motor vehicle into collision with Plaintiff's vehicle, which was the proximate cause of the injuries to the Plaintiff;

(c) failed to keep said motor vehicle under proper and sufficient control;

(c) operated, controlled and drove said motor vehicle so that as a direct and proximate result thereof, Plaintiff was injured;

(d) operated, controlled and drove said motor vehicle without keeping a proper and sufficient lookout;

(e) failed to decrease speed so as to avoid colliding with Plaintiff, in violation of 625 ILCS 5/11-601;

(f) failed to give an audible warning with horn when such warning was reasonably necessary to insure safety, in violation of 625 ILCS 5/12-601;

(g) failed to yield the right-of-way to Plaintiff's vehicle in violation of 625 ILCS 5/11-904.

7. As a direct and proximate result of one or more of the aforesaid negligent and careless acts and/or omissions of the Defendant, CHRISTOPHER TROTTER, the Plaintiff, ABRAHAM TIRADO-CONTRERAS, suffered injuries and damages of a personal, pecuniary and permanent nature.

ELECTRONICALLY FILED
6/7/2017 4:42 PM
2017-L-005781
PAGE 5 of 6

5

WHEREFORE, Plaintiff, ABRAHAM TIRADO-CONTRERAS, demands judgment against Defendant, CHRISTOPHER TROTTER, for a sum in excess of THIRTY THOUSAND ($30,000.00) DOLLARS, plus costs of this suit.

Attorney for Plaintiff

**THE VRDOLYAK LAW GROUP, LLC #41535**
By: Jacquelyn A. Fernandez
Attorney for Plaintiff
9618 S. Commercial Ave
Chicago, Illinois 60617
(773)731-3311

ELECTRONICALLY FILED
6/7/2017 4:42 PM
2017-L-005781
PAGE 6 of 6

6

# EXHIBIT B

| 2120 - Served | 2121 - Served | |
|---|---|---|
| 2220 - Not Served | 2221 - Not Served | |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |
| **SUMMONS** | **ALIAS - SUMMONS** | (2/28/11) CCG N001 |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, LAW DIVISION

ABRAHAM TIRADO-CONTRERAS

(Name all parties)

v.

TRANS CARRIERS INC

No. 17 L 005781

TRANS CARRIERS INC

5135 US HWY 78

MEPHIS, TN 38118

### ⦿ SUMMONS ⦿ ALIAS SUMMONS

**To each Defendant:** TRANS CARRIERS INC

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

⦿ Richard J. Daley Center, 50 W. Washington, Room **801**, Chicago, Illinois 60602

○ District 2 - Skokie
5600 Old Orchard Rd.
Skokie, IL 60077

○ District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

○ District 4 - Maywood
1500 Maybrook Ave.
Maywood, IL 60153

○ District 5 - Bridgeview
10220 S. 76th Ave.
Bridgeview, IL 60455

○ District 6 - Markham
16501 S. Kedzie Pkwy.
Markham, IL 60428

○ Child Support
28 North Clark St., Room 200
Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

**To the officer:**

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

Atty. No.: 41535
Name: VRDOLYAK LAW GROUP
Atty. for: PLAINTIFF
Address: 9618 S. COMMERCIAL AVE.
City/State/Zip: CHICAGO, IL 60617
Telephone: 773-731-3311

WITNESS, DOROTHY BROWN
CLERK OF CIRCUIT COURT
AUG 24 [illegible]

Clerk of Court

Date of service: _____
(To be inserted by officer on copy left with defendant or other person)

Service by Facsimile Transmission will be accepted at: _____
(Area Code) (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

# EXHIBIT C

## TRANS-CARRIERS, INC.
## AFFIDAVIT OF CITIZENSHIP & CONSENT TO REMOVAL

I, Brian McGee, being of legal age, swear under penalty of perjury that the following statements are true and accurate, to the best of my knowledge and belief:

1. I am a citizen and resident of the State of Mississippi.

2. I am the President of Trans-Carriers, Inc.

3. Defendant Trans-Carriers, Inc. is incorporated in the state of Arkansas, with its principal place of business in Memphis, Tennessee.

4. Trans-Carriers, Inc. does not object to the removal of this matter from Cook County, Illinois to the U.S. District Court for the Northern District of Illinois.

Further Affiant Sayeth not.

By: _____
Brian McGee, President
Trans-Carriers, Inc.

SUBSCRIBED and SWORN to before me
On October 20, 2017.

_____
NOTARY PUBLIC

My commission expires January 20, 2020

[Notary Seal: KATHY LYNN WARD, STATE OF TENNESSEE, NOTARY PUBLIC, COUNTY OF SHELBY]

2403031v.1