31098:JAF:dh                                                    Attorney No. 41535

### IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| ABRAHAM TIRADO CONTRERAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:17-cv-07612 |
| ) | |
| CHRISTOPHER TROTTER, and ) | |
| TRANSCARRIERS, INC., ) | |
| ) | |
| Defendants. ) | |

### STIPULATION TO DISMISS

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, to the above entitled cause, through their respective Attorneys, that this case be dismissed, the Plaintiff to pay all his costs and attorney's fees out of the settlement proceeds, waiving any right to the recovery of any additional costs and attorney's fees pursuant to any statute or the common law.

**IT IS FURTHER STIPULATED** that said Dismissal shall be with prejudice and shall bar the bringing of any action based upon any contract, treatment, or involvement that the Defendants, Christopher Trotter and Transcarriers, Inc., its employees or related corporations or their employees, may have with ABRAHAM TIRADO CONTRERAS from the beginning of this matter until the date of this stipulation.

| | |
|---|---|
| Attorney for Plaintiff | Attorney for Defendant |
| Jacquelyn A. Fernandez | Transcarriers, Inc |
| *[signature]* | *[signature]* |
| Jacquelyn A. Fernandez | Lamis Eli |
| The Vrdolyak Law Group, LLC | Wilson Elser Moskowitz Edelman & Dicker LLP |
| 9618 S. Commercial Ave. | 55 W. Monroe Street Suite 3800 |
| Chicago, Illinois 60617 | Chicago, Illinois 60603 |